UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Katherine S. Hayden |
| | : | Criminal Nos. 10-00047-001; |
| v. | | 11-00664-001 |
| | : | |
| | | JUDGMENT AND COMMITMENT ON |
| Brian Strickland | : | VIOLATION OF SUPERVISION |

THIS MATTER having come before the Court upon allegations that the defendant Brian Strickland violated certain conditions of his probation imposed on or about July 31, 2001, in the Eastern District of North Carolina before the Honorable Terrence W. Boyle, U.S.D.J.; and the defendant having appeared before this Court on October 11, 2011, and entered a plea of guilty to Violation Number 1, a Grade C violation, of the Violation of Probation Report dated December 9, 2010, (hereinafter the "Report"); and the defendant having provided a factual basis for the entry of his guilty plea to the violations; and the government (by Aaron Mendelsohn, appearing), and by the defendant (by Peter Carter, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this 24th day of October, 2011;

ORDERED that defendant BRIAN STRICKLAND is hereby adjudged guilty of Violation Number 1 and it is further

ORDERED that BRIAN STRICKLAND , shall be imprisoned for a

1

term of six months; the last four of which shall be served in a community correctional facility. This sentence shall run concurrently on Criminal numbers 10-00047 and 11-00664.

ORDERED that defendant BRIAN STRICKLAND's present term of supervised release is revoked, and that new terms of supervised release of four years on 10-00047 and two years on 11-00664 will be imposed and that they are to run concurrently with each other.

Katharine S. Hayden
UNITED STATES DISTRICT JUDGE